No. 253. McKenna v. Seaton, Secretary of the Interior, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert H. Rines, Samuel Nakasian* and *Nelson H. Shapiro* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the Secretary of the Interior, and *Marvin J. Sonosky* for deArmas, respondents.

No. 257. Schenley Distillers, Inc., et al. v. United States. C. A. 3d Cir. Certiorari denied. *Elder W. Marshall* and *Thomas E. Dewey* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Grant W. Wiprud* for the United States.

No. 259. Hvass v. Graven, U. S. District Judge, et al. C. A. 8th Cir. Certiorari denied. *Charles Alan Wright* and *Warren B. King* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for respondents.

No. 261. American National Bank of Jacksonville v. United States et al. C. A. 5th Cir. Certiorari denied. *W. Gregory Smith* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Oehmann* and *Robert N. Anderson* for the United States, and *Ray W. Richardson, Jr.* for the Title & Trust Co. of Florida, respondents.

No. 262. Dean Oil Co. v. American Oil Co. C. A. 3d Cir. Certiorari denied. *Melvin J. Koestler* for petitioner. *John C. Butler* and *Fred G. Stickel, Jr.* for respondent.